In the Matter of the Application of THE YONKERS RAILROAD COMPANY, Respondent, for an Order of Mandamus Directed to THE CITY OF YONKERS, and EDWARD J. MURRAY, as Commissioner of Public Works of the City of Yonkers, Appellants.— Alternative order of mandamus directing the city of Yonkers and Edward J. Murray, as commissioner of public works, to issue forthwith a permit to the petitioner to open the pavement on New Main street from Nepperhan avenue to South Broadway in the city of Yonkers for the purpose

of constructing and laying double street surface railroad tracks therein; or to show cause why the command of the order should not be obeyed, unanimously affirmed, with costs. No opinion. Present — Carswell, Tompkins, Davis and Johnston, JJ.; Lazansky, P. J., not voting.